# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FERRIS MFG. CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROY CARR AND CURALINE, INC., <br><br> Defendants. | **CASE NO. 1:14-cv-04663** <br><br> **JURY TRIAL DEMANDED** |

## JOINT INITIAL STATUS REPORT

Plaintiff, Ferris Mfg. Corp. ("Ferris") and Defendants, Roy Carr and Curaline, Inc. ("Curaline") submit this Joint Initial Status Report pursuant to Local Rule 26.1.

**I.    The Nature of the Case:**

**A.    Attorneys of Record**

**Attorneys for Plaintiff**

Michael J. Abernathy (lead trial attorney)
mike.abernathy@klgates.com
Margaret A. McGreal
margaret.mcgreal@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL  60602
(312) 372-1121

**Attorneys for Defendants**

Chad A. Schiefelbein
cschiefelbein@vedderprice.com
Joshua A. Dunn
jdunn@vedderprice.com
VEDDER PRICE LLP
222 North LaSalle Street
Chicago, IL 6060
(312) 609-7500

### B. Nature of the Claims

Plaintiff has filed claims for breach of contract and breach of fiduciary duty against Defendant Roy Carr and false designation of origin in violation of the Lanham Act (15 U.S.C. § 1125(a)) against Defendant Curaline.

### C. Major Legal and Factual Issues

Ferris claims Defendants misappropriated its confidential and proprietary information by incorporating it into a patent application with the United States patent and Trademark Office ("USPTO") and ultimately into Curaline's products. In particular, it claims Defendant Roy Carr breached his fiduciary duty and his employment contract with Ferris. Plaintiff claims Defendants Carr and Curaline falsely designated the origin of Curaline's products.

Defendants argue that: (i) Ferris' claims are time-barred; (ii) Carr is not a party to a Confidentiality Agreement with Ferris; (iii) Carr did not owe any fiduciary duties to Ferris once he left Ferris as a matter of law; and (iv) Curaline has not violated the Lanham Act.

### D. Relief Sought

Plaintiff seeks actual and punitive damages, restitution, a constructive trust, an accounting, injunctive relief and other relief

## II. Jurisdiction

### A. Federal Statutes

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. § 1121 because this action arises under the Lanham Act. In

addition, this Court has supplemental jurisdiction over the non-federal claims under 28 U.S.C. § 1367 because the Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b), and because the non-federal claims are so related to the Federal claims that they form part of the same case or controversy. This Court has personal jurisdiction over Carr and Curaline because they reside in Illinois, transact business in Illinois and committed torts in Illinois

**III.   Status of Service**

All defendants have been served.

**IV.   Consent to Proceed Before a United States Magistrate Judge**

Counsel have advised the parties that they might proceed before a Magistrate Judge if they consent unanimously. There is no unanimous consent.

**V.   Motions**

**A.   Pending Motions**

On January 21, this Court denied Defendants' Motion to Dismiss. There are no other motions pending at this time.

**B.   Defendants' Response to Complaint**

Defendants' Answer to the Complaint is due February 10, 2015.

**VI.   Settlement Status**

The parties have not yet discussed settlement. They request a settlement conference.

Dated: February 4, 2015                              Respectfully submitted,

*/s/ Michael J. Abernathy*
Michael J. Abernathy
mike.abernathy@klgates.com
Margaret A. McGreal
margaret.mcgreal@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL  60602
(312) 372-1121

**ATTORNEYS FOR PLAINTIFF
FERRIS MANUFACTURING CORP.**