# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FERRIS MFG. CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>ROY CARR AND CURALINE, INC.,<br><br>    Defendants. | **CASE NO. 1:14-cv-04663**<br><br>**JURY TRIAL DEMANDED** |

## JOINT PROPOSED DISCOVERY SCHEDULE

Plaintiff, Ferris Mfg. Corp. ("Ferris") and Defendants, Roy Carr and Curaline, Inc. ("Curaline") submit this Joint Proposed Discovery Schedule pursuant to Magistrate Judge Gilbert's February 11, 2015 Minute Order.

  **A.**  The parties will exchange the information required by Rule 26(a)(1) by **March 17, 2015**.

  **B.**  The parties will serve opening rounds of written discovery by **April 7, 2015.**

  **C.**  Plaintiff will serve defendant with its settlement letter on **June 30, 2015.**

  **D.**  Defendant will serve plaintiff with its settlement letter on **July 7, 2015.**

  **E.**  The parties will appear before Magistrate District Judge Gilbert for a settlement conference on **July 14, 2015 at 1:30 p.m.**

  **F.**  Written discovery will be completed by **October 20, 2015.**

  **G.**  Non-expert fact discovery will be completed by **October 20, 2015**.

  **H.**  Reports from retained experts under Rule (a)(2) are due as follows:

1. The party bearing the burden of proof on an issue will serve an expert report on **November 19,2015**.

2. The party not bearing the burden of proof on an issue will serve a responsive expert report on **December 21, 2015**.

I. All expert depositions will be completed by **January 19, 2016**.

Dated: February 17, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Abernathy*
　　　　　　　　　　　　　　　　　　　　　Michael J. Abernathy
　　　　　　　　　　　　　　　　　　　　　mike.abernathy@klgates.com
　　　　　　　　　　　　　　　　　　　　　Margaret A. McGreal
　　　　　　　　　　　　　　　　　　　　　margaret.mcgreal@klgates.com
　　　　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 3100
　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　　　　(312) 372-1121

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　**FERRIS MANUFACTURING CORP.**