IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FERRIS MFG. CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROY CARR and CURALINE, INC., <br><br> Defendants. | No. 1:14-CV-4663 |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Chad A. Schiefelbein and Joshua Dunn of Vedder Price P.C. (collectively, "Counsel") seek leave to withdraw their appearances as counsel for Defendants Curaline, Inc. ("Curaline") and Roy Carr ("Carr" and together with Curaline, "Defendants"). In support of this Motion, Counsel state as follows:

1. Counsel initially appeared on behalf Defendants at the outset of the above-captioned matter.

2. Counsel was recently informed that Carr retained his own personal counsel, Matthew Tanner of the Roeser, Bucheit & Graham LLC law firm.

3. On March 9, 2015, Attorney Tanner filed a Motion for Substitution of Appearance on behalf of Carr. The Motion for Substitution is scheduled for presentment before the Court on March 17, 2015 and, if granted, Attorney Tanner will be counsel of record for Carr.

4. Additionally, Counsel was recently informed that Curaline has begun the process of seeking new counsel for itself. Accordingly, Counsel seeks to withdraw their appearances for Curaline. Other good cause also exists for withdrawal.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FERRIS MFG. CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROY CARR and CURALINE, INC., <br><br> Defendants. | No. 1:14-CV-4663 |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Chad A. Schiefelbein and Joshua Dunn of Vedder Price P.C. (collectively, "Counsel") seek leave to withdraw their appearances as counsel for Defendants Curaline, Inc. ("Curaline") and Roy Carr ("Carr" and together with Curaline, "Defendants"). In support of this Motion, Counsel state as follows:

1. Counsel initially appeared on behalf Defendants at the outset of the above-captioned matter.

2. Counsel was recently informed that Carr retained his own personal counsel, Matthew Tanner of the Roeser, Bucheit & Graham LLC law firm.

3. On March 9, 2015, Attorney Tanner filed a Motion for Substitution of Appearance on behalf of Carr. The Motion for Substitution is scheduled for presentment before the Court on March 17, 2015 and, if granted, Attorney Tanner will be counsel of record for Carr.

4. Additionally, Counsel was recently informed that Curaline has begun the process of seeking new counsel for itself. Accordingly, Counsel seeks to withdraw their appearances for Curaline. Other good cause also exists for withdrawal.

5. Counsel served a copy of this Motion on Curaline's President, Haitham Matloub, and Attorney Tanner by electronic means and first class U.S. Mail, postage pre-paid.

WHEREFORE, Chad A. Schiefelbein and Joshua Dunn of Vedder Price P.C. respectfully request that the Court grant their Motion to Withdraw as Counsel for Defendants Roy Carr and Curaline, Inc., instanter.

Respectfully submitted,

/s/ Chad A. Schiefelbein
Chad A. Schiefelbein
cschiefelbein@vedderprice.com

/s/ Joshua Dunn
Joshua Dunn
jdunn@vedderprice.com

Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500